IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERNESTINE HODGE,** Personal Representative of the Estate of **WILLIAM HENRY NEAL** | * * * | Case No.  88(93)CG746/52/146 (MD) (1) Case No. 94-3507 |
| and | * * | |
| **ERNESTINE HODGE,** Individually and as Surviving Spouse of **WILLIAM HENRY NEAL** | * * * * | |
| Plaintiffs | * * | |
| v. | * * | |
| **FIBREBOARD CORP., et al.** | * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SUBSTITUTION OF PARTIES**

1.	Beulah Ware, Successor Personal Representative of the Estate of William Henry Neal by and through her undersigned attorneys move this Court for an Order substituting Beulah Ware, in her capacity as Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2.	On September 16, 1974 William Henry Neal, Plaintiff's decedent in the above matter, died.  On April 14, 1992, Ernestine Hodge was duly appointed Personal Representative of the Estate of William Henry Neal by the Register of Wills for Baltimore City, Maryland.

3.	On May 13, 1999, Ernestine Hodge was removed as Personal Representative of the Estate of William Henry Neal by the Orphans' Court for Baltimore City, Maryland.

4.      On May 13, 1999, Kurt M. Mueller was appointed Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent herein, by the Orphans' Court for Baltimore City, Maryland.

5.      On July 5, 2005, Kurt M. Mueller, Successor Personal Representative of the Estate of William Henry Neal resigned.

6.      On July 14, 2005, Beulah Ware was appointed Successor Personal Representative of the Estate of William Henry Neal by the Orphans' Court for Baltimore City, Maryland.

7.      Beulah Ware is qualified and is now acting as Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent herein.

6.      This is an action at law for personal injuries and therefore the claims haves not been extinguished by the removal of the Plaintiff as Personal Representative of the Estate of William Henry Neal.

**WHEREFORE,** Beulah Ware, Successor Personal Representative of the Estate of William Henry Neal, requests this Court to substitute her as Plaintiff herein in place of Ernestine Hodge.

                                                                /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERNESTINE HODGE**, Personal Representative of the Estate of **WILLIAM HENRY NEAL** | * * * | Case No. 88(93)CG746/52/146 (MD) (1) Case No. 94-3507 |
| and | * | |
| **ERNESTINE HODGE**, Individually and as Surviving Spouse of **WILLIAM HENRY NEAL** | * * * | |
| Plaintiffs | * | |
| v. | * | |
| **FIBREBOARD CORP.**, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF PARTIES

1.  Beulah Ware, Successor Personal Representative of the Estate of William Henry Neal by and through her undersigned attorneys move this Court for an Order substituting Beulah Ware, in her capacity as Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2.  On September 16, 1974 William Henry Neal, Plaintiff's decedent in the above matter, died. On April 14, 1992, Ernestine Hodge was duly appointed Personal Representative of the Estate of William Henry Neal by the Register of Wills for Baltimore City, Maryland.

3.  On May 13, 1999, Ernestine Hodge was removed as Personal Representative of the Estate of William Henry Neal by the Orphans' Court for Baltimore City, Maryland.

4.     On May 13, 1999, Kurt M. Mueller was appointed Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent herein, by the Orphans' Court for Baltimore City, Maryland.

5.     On July 5, 2005, Kurt M. Mueller, Successor Personal Representative of the Estate of William Henry Neal resigned.

6.     On July 14, 2005, Beulah Ware was appointed Successor Personal Representative of the Estate of William Henry Neal by the Orphans' Court for Baltimore City, Maryland.

7.     Beulah Ware is qualified and is now acting as Successor Personal Representative of the Estate of William Henry Neal, Plaintiff's decedent herein.

6.     This is an action at law for personal injuries and therefore the claims haves not been extinguished by the removal of the Plaintiff as Personal Representative of the Estate of William Henry Neal.

**WHEREFORE,** Beulah Ware, Successor Personal Representative of the Estate of William Henry Neal, requests this Court to substitute her as Plaintiff herein in place of Ernestine Hodge.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　**EVE E. PRIETZ**
　　　　　　　　　　　　　　　　**Bar No. 06071**
　　　　　　　　　　　　　　　　**Law Offices of Peter G. Angelos**
　　　　　　　　　　　　　　　　**A Professional Corporation**
　　　　　　　　　　　　　　　　**5905 Harford Road**
　　　　　　　　　　　　　　　　**Baltimore, Maryland 21214**
　　　　　　　　　　　　　　　　**(410) 426-3200**

　　　　　　　　　　　　　　　　**Attorney for Plaintiffs**

## **STATEMENT OF AUTHORITIES**

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).


                /s/
               **EVE E. PRIETZ**
               **Bar No. 06071**
               **Law Offices of Peter G. Angelos**
               **A Professional Corporation**
               **5905 Harford Road**
               **Baltimore, Maryland 21214**
               **(410) 426-3200**

               **Attorney for Plaintiffs**