IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERNESTINE HODGE,** | * | Case No. 88(93)CG746/52/146  (MD) (1) |
| **Personal Representative of the Estate** | * | Case No. 94-3507 |
| **of WILLIAM HENRY NEAL, et ux.** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **FIBREBOARD CORP., et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005 a copy of Plaintiff's Motion to Substitute Parties and Proposed Order, which were electronically filed in this case on November 29, 2005, was mailed via first class mail, postage prepaid, to the following parties:

> Mauricio Barreiro, Esquire
> 15 East Chesapeake Avenue
> Towson, Maryland 21204
> Attorney for Corhart Refractories Co.

_____/s/_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERNESTINE HODGE,** | * | Case No. 88(93)CG746/52/146  (MD) (1) |
| **Personal Representative of the Estate** | * | Case No. 94-3507 |
| **of WILLIAM HENRY NEAL, et ux.** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **FIBREBOARD CORP., et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005 a copy of Plaintiff's Motion to Substitute Parties and Proposed Order, which were electronically filed in this case on November 29, 2005, was mailed via first class mail, postage prepaid, to the following parties:

        Mauricio Barreiro, Esquire
        15 East Chesapeake Avenue
        Towson, Maryland 21204
        Attorney for Corhart Refractories Co.

        _____/s/_____
        **EVE E. PRIETZ**
        **Bar No. 06071**
        **Law Offices of Peter G. Angelos**
        **A Professional Corporation**
        **5905 Harford Road**
        **Baltimore, Maryland 21214**
        **(410) 426-3200**

        **Attorney for Plaintiffs**