IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERNESTINE HODGE, Personal Representative of the Estate of WILLIAM HENRY NEAL | * Case No. 88(93)CG746/52/146 (MD)(1)<br>* Case No. 94-3507 |
| and | |
| ERNESTINE HODGE, Individually and as Surviving Spouse of WILLIAM HENRY NEAL | |
| Plaintiffs | |
| v. | |
| FIBREBOARD CORP., et al. | |
| Defendants | |

JAN 2 — 2006

## ORDER

1.  On Motion of Beulah Ware, for substitution in place of Ernestine Hodge, Personal Representative of the Estate of William Henry Neal, it appearing to the Court that the said Ernestine Hodge was duly appointed Personal Representative of the Estate of William Henry Neal on April 14, 1992 by the Register of Wills for Baltimore City, Maryland; that Ernestine Hodge was removed as Personal Representative of the Estate of William Henry Neal on May 13, 1999; that the claim asserted by her in this action was not thereby extinguished; that Kurt M. Mueller was appointed Successor Personal Representative of the Estate of William Henry Neal on May 13, 1999 by the Register of Wills for Baltimore City, Maryland; that Kurt M. Mueller resigned as Successor Personal Representative of the Estate of William Henry Neal on July 5, 2005; that Beulah Ware was appointed Successor Personal Representative of the Estate of

1

SCANNED

William Henry Neal on July 14, 2005, and is qualified and is acting as such.

**IT IS ORDERED,** that Beulah Ware, Successor Personal Representative of the Estate of William Henry Neal, be substituted as Plaintiff herein in the place of Ernestine Hodge, Personal Representative of the Estate of William Henry Neal, now removed, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____
JUDGE
James T. Giles

1/6/2006
**Date**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERNESTINE HODGE, | * | Case No. 88(93)CG746/52/146 (MD) (1) |
| Personal Representative of the Estate | * | Case No. 94-3507 |
| of WILLIAM HENRY NEAL, et ux. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| FIBREBOARD CORP., et al. | * | JAN 2 2006 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005 a copy of Plaintiff's Motion to Substitute Parties and Proposed Order, which were electronically filed in this case on November 29, 2005, was mailed via first class mail, postage prepaid, to the following parties:

Mauricio Barreiro, Esquire
15 East Chesapeake Avenue
Towson, Maryland 21204
Attorney for Corhart Refractories Co.

/s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**