A CERTIFIED TRUE COPY

MAR 27 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED ENTERED
LODGED RECEIVED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 03 2006

MAR - 9 2006

DOCKET NO: 875

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-259)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-30-06
ATTEST: [signature]
DEPUTY CLERK, U.S. DISTRICT COURT
EASTERN DISTR. PENNSYLVANIA

SCHEDULE CTO-259 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3  05-5293 | Janis Pierce, et al. v. Viad Corp., et al. |
| CAN 4  06-163 | Scott Abbott, et al. v. General Electric Co., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1  05-4714 | Charles Swanger v. Canadian National/Illinois Central Railroad |
| **LOUISIANA EASTERN** | |
| ~~LAE 2  06-608~~ | ~~Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al.~~ Opposed 3/21/06 |
| **LOUISIANA MIDDLE** | |
| ~~LAM 3  05-1405~~ | ~~Daniel W. Melford, Sr. v. Peter Territo, et al.~~ Opposed 3/27/06 |
| ~~LAM 3  05-1418~~ | ~~Michael Catania, et al. v. Anco Insulations, Inc., et al.~~ Opposed 3/21/06 |
| **MARYLAND** | |
| MD 1  94-3507 | Ernestine Hodge v. Fibreboard Corp., et al. |
| MD 1  05-808 | Joseph E. Hart, et al. v. Anchor Packing Co., et al. |
| MD 1  05-3416 | Richard G. Fuller, etc. v. ACandS, Inc., et al. |
| MD 1  06-30 | Janice E. Mann, et al. v. Anchor Packing Co., et al. |
| MD 1  06-74 | Betty Jane Zengel, etc. v. Anchor Packing Co., et al. |
| MD 1  06-397 | Mary R. Raver, etc. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | |
| ME 1  06-10 | Maynard P. Boivin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME 2  06-18 | Shaun E. Sullivan, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0  06-441 | Michael E. Blaisdell v. Garlock Sealing Technologies, LLC, et al. |
| MN 0  06-445 | Eino Himango v. Garlock Sealing Technologies, LLC, et al. |
| MN 0  06-448 | John J. Krezel v. Garlock Sealing Technologies, LLC, et al. |
| MN 0  06-450 | Richard W. Roy v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| ~~MSN 2  06-7~~ | ~~Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp.~~ Opposed 3/23/06 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1  05-576 | Christine Allen, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| ~~MSS 1  05-663~~ | ~~James Turner v. Ameron International Corp., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-665~~ | ~~Thomas A. Chisolm v. Ingersoll-Rand Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-670~~ | ~~Leon V. Hartfield v. Allied Signal, Inc., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-676~~ | ~~Joseph Harris, Jr. v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-677~~ | ~~Florence Brooks Harris v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-678~~ | ~~Dorothy Harris v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  05-684~~ | ~~Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  06-62~~ | ~~Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1  06-99~~ | ~~Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 03 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 3

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA EASTERN
  NCE  7  05-197              Jimmy G. Cone, et al. v. Airco, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1  06-138              Anthony G. Joyce, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  05-369              John Harrill Martin, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-371              Thomas Faile, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-373              Elbert J. Mobley v. Aqua-Chem, Inc., et al.
  NCW  1  05-374              Michael E. Yates, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-375              James C. Abernathy, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-376              Michael S. Collins, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-377              Norman E. Cox, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-379              Wayne D. Little, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-380              Timothy Paul Loftin, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-381              Donald E. Bright, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-382              Kenneth W. Karriker, Sr. v. Aqua-Chem, Inc., et al.
  NCW  1  05-383              Glenda G. Cheek, etc. v. Aqua-Chem, Inc., et al.
  NCW  1  05-384              Paul Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-385              Kenneth E. Dellinger v. Aqua-Chem, Inc., et al.
  NCW  1  05-386              Betty L. Mullis v. Aqua-Chem, Inc., et al.
  NCW  1  05-387              Terry A. Ray v. Airco, Inc., et al.
  NCW  1  05-393              Ruby A. Clark v. Aqua-Chem, Inc., et al.
  NCW  1  06-10               Hubert T. Brown, et al. v. American Standard, Inc., et al.
  NCW  1  06-17               Heyward J. Cantrell, et al. v. A.W. Chesterton, Inc., et al
  NCW  1  06-33               Charles Bolden, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-34               Robert F. Welcher, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-35               John Wayne Barker, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-36               Gary L. Sweet, et al. v. A.W. Chesterton, Inc., et al.
  NCW  1  06-39               Tony Morris Caldwell v. Aqua-Chem, Inc., et al.
  NCW  1  06-41               Stephen Humphries, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-43               Barry Eugene Kirby v. Aqua-Chem, Inc., et al.

NEW JERSEY
  NJ  2  05-4522              Susan Kaiser, etc. v. American Standard, Inc., et al.

NEW YORK EASTERN
  NYE  1  06-218              Robert W. Ruffini, etc. v. A.W. Chesterton Co., et al.
  NYE  1  06-255              Bobby Tipton v. A.W. Chesterton Co., et al.
  NYE  1  06-315              Krzysztof Leszczynski, et al. v. A.W. Chesterton Co., et al.
  NYE  1  06-316              Katherine Marie Queen, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
  NYS  1  05-4405             Enrique Gutierrez Huertas, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  05-4406             Jose Verano Rodriguez, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  05-4407             Juan Luna Izquierdo, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  05-4408             Jose Antonio Moreno Roman, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  05-4410             Alfonso Bernal Hernandez, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  05-4411             Jose Maria Sabido Galera, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS  1  06-199              Willard E. Bartel, et al. v. United States Lines Inc. Reorganization Trust
  NYS  1  06-200              Isiah B. Brown v. United States Lines Inc. Reorganization Trust

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                                         Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC 0 05-3054 | Wayne C. Paquin, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 05-3055 | George E. Roof, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-287 | Albertus Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-346 | James Matthew Caldwell v. Aqua-Chem, Inc., et al. |
| SC 2 04-22776 | Julius J. Singletary, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-997 | Stanley D. Newman, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-1491 | Paul D. Crisp v. Aventis Cropscience USA, Inc., et al. |
| SC 2 05-1579 | Lois L. Blanton, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-2056 | John F. Aluza, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3124 | Frank R. Ponzo, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3220 | Laura K. Smoak, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3332 | Linda Elaine Mizell Brinso Goodnough, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-3337 | Ruth C. Parks, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3485 | Earmine H. Kitt, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 06-335 | Milum Trent, et al. v. Airco, Inc., et al. |
| SC 2 06-403 | Raymond O. McDaniel v. Owens-Illinois, Inc., et al. |
| SC 7 06-251 | Marcus Scott Childers, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-378 | Odell A. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 05-3053 | Jimmy Steve Brock, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-404 | John Henry Ware, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-405 | William P. Vaughn, Sr. v. Aqua-Chem, Inc., et al. |
| **VIRGINIA EASTERN** | |
| VAE 4 06-3184 | Michael V. Lowery v. Amchem Products, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 3 05-5829 | Eugene Clayton, et al. v. Newport News Shipbuilding & Dry Dock Co. |