IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI) :

MD-1

This Document Relates To: : CIVIL ACTION NO.  MDL 875
<u>Fibreboard Corp.</u>
 Bankrupt Defendant

FILED JUN -5 2006

ALL ACTIONS
✓ MD-1-94-3507
TXE-1-05-874

<u>O R D E R   O F   D I S M I S S A L</u>

DEFENDANT, Fibreboard Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

ENTERED
JUN - 5 2006
CLERK OF COURT

Date: 5/25/2006

James T. Giles, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SCANNED